DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JESUS MANCILLAS-OLIVARES
(aka: Isidro Zarate-Gonzalez)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           *Plaintiff,*<br><br>     v.<br><br>JESUS MANCILLAS-OLIVARES<br>(aka: Isidro Zarate-Gonzalez),<br><br>           *Defendant.* | No. 1:09-cr-0113 OWW<br><br>STIPULATION TO CONTINUE STATUS<br>CONFERENCE HEARING;  ORDER<br><br>Date:   December 21, 2009<br>Time:  9:00 A.M.<br>Court: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record herein, that the status conference hearing in the above captioned matter, now scheduled for December 14, 2009, **may be continued to December 21, 2009, at 9:00 A.M.**

This continuance is requested by counsel for Defendant to allow her additional time for plea negotiations and plea preparation.  The requested continuance will conserve time and resources for the parties and the court.

///

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

BENJAMIN G. WAGNER
United States Attorney

DATED: December 10, 2009   /s/ Susan Phan
SUSAN PHAN
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: December 10, 2009   /s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant
Jesus Mancillas-Olivares

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   December 10, 2009**        /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status
Conference Hearing; Order                         2