1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JESUS MANCILLAS-OLIVARES
   (aka: Isidro Zarate-Gonzalez)
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESUS MANCILLAS-OLIVARES ) <br> (aka: Isidro Zarate-Gonzalez), ) <br> ) <br> Defendant. ) | No. 1:09-cr-0113 OWW <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER <br><br> Date: January 25, 2010 <br> Time: 9:00 A.M. <br> Court: Hon. Oliver W. Wanger |

   **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record herein, that the status conference hearing in the above captioned matter, now scheduled for January 11, 2010, **may be continued to January 25, 2010, at 9:00 A.M.**

   This continuance is requested by counsel for Defendant to allow her additional time to review related documents prior sentencing and for further investigation. The requested continuance will conserve time and resources for the parties and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                              BENJAMIN G. WAGNER
                                              United States Attorney

DATED: January 6, 2010            /s/ Susan Phan
                                              SUSAN PHAN
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: January 6, 2010            /s/ Francine Zepeda
                                              FRANCINE ZEPEDA
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              Jesus Mancillas-Olivares

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated: January 6, 2010**                     **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE